O/JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO CASTRO,<br><br>   Petitioner,<br><br>  v.<br><br>C. GIPSON,<br><br>   Respondent. | Case No. ED CV 14-0370 RGK (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED: February 18, 2015        _____
             HON. R. GARY KLAUSNER
             UNITED STATES DISTRICT JUDGE